### 22915. MADDOX *v.* THE STATE.

GUERRY, J. The evidence in this case was wholly circumstantial, and creates a mere suspicion as to the guilt of the accused, which is not sufficient. *Bush* v. *State,* 7 *Ga. App.* 607 (67 S. E. 685). It did not exclude every reasonable hypothesis save that of the guilt of the accused, and the court erred in overruling the motion for a new trial. *Calhoun* v. *State,* 9 *Ga. App.* 501 (71 S. E. 765).

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED MARCH 24, 1933.

*William J. Cooley, Pemberton Cooley, Alexander Stephens,* for plaintiff in error. *Clifford Pratt, solicitor-general,* contra.